UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:10-CR-64 RM |
| | ) | |
| ANN M. TOM | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 1, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 22], ACCEPTS defendant Ann Tom's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1001.

SO ORDERED.

ENTERED:  September 22, 2010  


    /s/ Robert L. Miller, Jr.  
Judge, United States District Court